**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CIV 06-2099-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| MRS Associates Inc., | |
| Defendant. | |

Having considered the request of Defendant MRS Associates Inc. to allow its party representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **April 12, 2007, at 4:00 p.m.** before this Court [Dkt.13], and for good cause shown,

**IT IS ORDERED** that Defendant MRS Associates Inc.'s out-of-state party representative may appear telephonically at the April 12th Rule 16 Conference. Defendant's representative shall call the Court on a clear telephone line at **3:55 p.m.** Mountain Standard Time (3 hours behind Eastern Daylight Time) at 602-322-7555.

DATED this 16th day of March, 2007.

Stephen M. McNamee
United States District Judge