**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>             Plaintiff,<br><br>vs.<br><br>MRS Associates Inc.,<br><br>             Defendant. | No. CIV 06-2099-PHX-SMM<br><br>**ORDER** |

Having considered the parties' Stipulation for Assignment to Magistrate Judge for Settlement Conference (Dkt. 30) and good cause appearing, this matter has been assigned by random lot to Magistrate Judge Mark E. Aspey.  Accordingly,

**IT IS ORDERED** directing the parties to contact the Chambers of Magistrate Judge Aspey to schedule a settlement conference in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to Magistrate Judge Aspey.

DATED this 7th day of June, 2007.

Stephen M. McNamee
United States District Judge